IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00828-WDM-BNB

MICHAEL M. DE ANGELI, and
MICHAEL M. DE ANGELI, PC,

Plaintiffs,

v.

DENNIS J. JOHNSON,
DENNIS E.J. JOHNSON, LLC, a Colorado limited liability company,
ALPHA/OMEGA ENVIRONMENTAL, INC., a Colorado corporation, and
AQUA-ION SYSTEMS, INC., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. I made rulings on the record during the conference, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the proposed Scheduling Order is REFUSED.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **November 1, 2005, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a draft scheduling order, revised consistent with the matters discussed this morning, and submit it to the court on or before **October 28, 2005**. In addition, prior to submitting the revised draft scheduling order, counsel for the parties shall meet in person or by telephone to discuss the possibility of settlement.

Dated September 26, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge