IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00828-WDM-BNB

MICHAEL M. DE ANGELI, and
MICHAEL M. DE ANGELI, PC,

Plaintiffs,

v.

DENNIS J. JOHNSON,
DENNIS E.J. JOHNSON, LLC, a Colorado limited liability company,
ALPHA/OMEGA ENVIRONMENTAL, INC., a Colorado corporation, and
AQUA-ION SYSTEMS, INC., a Colorado corporation,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Amended Unopposed Motion to Amend Paragraph 7d. (3) and (4) of Scheduling Order by Extending the Time for Designation of Experts and Providing Information Specified in Fed.R.Civ.P. 26(a)(2)** (the "Motion"), filed on January 27, 2006.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 1, 2006**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 20, 2006**.

DATED:  January 30, 2006.