IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00828-WDM-BNB

MICHAEL M. DE ANGELI, et al.,

     Plaintiffs,

v.

DENNIS J. JOHNSON, et al.,

     Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for

Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the

complaint is dismissed with prejudice, each party to pay his or its own costs and

attorneys' fees.

DATED at Denver, Colorado, on February 17, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL