IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00828-WDM-BNB

MICHAEL M. DE ANGELI,
MICHAEL M. DE ANGELI, P.C.,

    Plaintiff(s),

v.

DENNIS L. JOHNSON, et al.,

    Defendant(s).
_____

## ORDER
_____

This matter is before me on the plaintiff's Motion for Entry of Judgment apparently based upon the assumption that this court retained jurisdiction to enforce its settlement. This court did not retain jurisdiction when it dismissed the case on February 17, 2006 (Doc. No. 49). Accordingly, I have no jurisdiction over this matter. Plaintiff's only alternative is to initiate another action in the appropriate court to collect the amount alleged due.

Accordingly, plaintiff's motion is denied.

DATED at Denver, Colorado, on February 14, 2007.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge

PDF FINAL